No. 86–6284. SATTERWHITE *v.* TEXAS. Ct. Crim. App. Tex. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted limited to Question 1 presented by the petition.

No. 85–455. POLO FASHIONS, INC. *v.* STOCK BUYERS INTERNATIONAL, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 86–940. PACIFIC FIRST FEDERAL SAVINGS BANK ET AL. *v.* REMBOLD ET AL. C. A. 9th Cir. Certiorari denied.

No. 86–1304. CAIFANO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 86–1440. MONSOUR MEDICAL CENTER *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 3d Cir. Certiorari denied.

No. 86–1464. CORBETT *v.* TISCH, POSTMASTER GENERAL OF THE UNITED STATES, ET AL. C. A. 9th Cir. Certiorari denied.

No. 86–1616. PLUMBERS & STEAMFITTERS UNION LOCAL 598 ET AL. *v.* WASHINGTON PUBLIC POWER SUPPLY SYSTEM. Ct. App. Wash. Certiorari denied.

No. 86–1618. HARRISON SCHOOL DISTRICT NO. 1 ET AL. *v.* LEWIS. C. A. 8th Cir. Certiorari denied.

No. 86–1622. UNITED STATES *v.* FUCCILLO. C. A. 1st Cir. Certiorari denied.

No. 86–1630. MIRABOLE *v.* FLORIDA BAR. Sup. Ct. Fla. Certiorari denied.

No. 86–1631. MARGOLES *v.* JOHNS ET AL. C. A. 7th Cir. Certiorari denied.

No. 86–1634. BUTCHER *v.* CITY OF DETROIT. Ct. App. Mich. Certiorari denied.

No. 86–1635. LYNE *v.* COXON ET AL. Sup. Ct. N. M. Certiorari denied.